**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        Joshua Conlan v. Jade Poe

Appellate case number:    01-17-00761-CV

Trial court case number:    C-1-CV-005454

Trial court:        County Court at Law No. 4 of Travis County

Appellant, Joshua Conlan, has filed a notice of appeal of the trial court's "Protective Order" signed on September 12, 2017. His appellant's brief initially was due on March 5, 2018. *See* TEX. R. APP. P. 38.6(a). On March 8, 2018, we granted appellant's request for an extension of time and extended the time to file appellant's brief to June 4, 2018. *See* TEX. R. APP. P. 38.6(d). Appellant has filed a second request for an extension of time to file his brief. He requests "an extension of 120 days in which to file his brief."

We grant the motion in part. **Appellant's brief is due to be filed no later than August 3, 2018**. No further extensions will be granted absent extraordinary circumstances.

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd

☑ Acting individually    ☐ Acting for the Court

Date: May 22, 2018